No. 01–6951. ALLEN v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6952. NEWMAN v. ALLSTATE INSURANCE CO. ET AL. Ct. App. Tenn. Certiorari denied.

No. 01–6955. MISENHEIMER v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 01–6958. WILLIAMS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–6962. LOPEZ v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–6963. JEFFREYS v. UNITED TECHNOLOGIES CORP. C. A. 2d Cir. Certiorari denied.

No. 01–6966. BECK, FKA VANDERBECK v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 01–6968. DOGAN v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6969. COOLEY v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6970. DELISI v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6971. O'NEILL v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 01–6976. PIGGIE v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 01–6977. ARROYO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6982. FLOYD v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.